IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY VINCENT CARTMAN,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-3470-L** |
| **HUNT COUNTY,** | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the court is Petitioner's Petition for a Writ of Habeas Corpus ("Petition"), filed October 26, 2015 (Doc. 3). Magistrate Judge Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the Petition be dismissed as moot. No objections were filed to the Report. Having reviewed the record in this case and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** the Petition as **moot** and **dismisses** this action **with prejudice**.

**It is so ordered** this 29th day of November, 2016.

*[Signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page